UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERIC J. ELLIOTT, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>DRUGSTORE.COM, INC., *et al.*, )<br>  )<br>  Defendants. )<br>_____) | CASE NO.  C04-1474RSM<br><br>ORDER GRANTING CONSOLIDATION<br>AND AMENDING CAPTION |

This case is one of five filed in this District alleging securities fraud by defendants.  The related cases, found at C04-1478RSM, C04-1510RSM, C04-1642RSM, and C04-1799RSM, have been transferred to the undersigned District Judge as related cases, and the parties have moved to consolidate.  (Dkts. #4, #6, #9 and #13).  Defendants agree that these cases should be consolidated, and therefore, do not oppose plaintiffs' motions.  (Dkt. #22).  Having reviewed plaintiffs' motions, defendants' response, plaintiffs' replies, and the remainder of the record, the Court does hereby find and ORDER:

(1)  Plaintiffs' Motions to Consolidate (Dkts. #4, #6, #9 and #13) are GRANTED.  The cases at issue in these motions involve common questions of law and fact.  Fed. R. Civ. P. 42(a); *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284 (2nd Cir. 1999).  However, this Order does not substitute as an Order certifying this action as a Class Action.  If the parties wish to certify a class, they must do so by

ORDER TO SHOW CAUSE
PAGE - 1

1  <u>moving this Court appropriately</u>.  Furthermore, any referenced to a "class," "class period," or other

2  class-related language shall be stricken until and unless a class is certified.

3      (2)  All future pleadings in C04-1474RSM, C04-1478RSM, C04-1510RSM, C04-1642RSM,

4  and C04-1799RSM shall now be filed under one consolidated case number, C04-1474RSM, <u>and shall

5  be encaptioned *Frederic Elliott, et al., v. Drustore.com, Inc.*</u>.  The parties SHALL NOT designate this

6  consolidated action as a "Class Action" until the Court grants authorization to do so.  Moreover, the

7  Court <u>will not</u> automatically consolidate future related cases unless and until the parties involved in

8  those cases move this Court to do so, or unless and until this Court certifies a class.

9      (3)  The parties' current pending requests to appoint lead counsel and for preservation of

10 documents shall be considered if and when the parties move this Court to certify the class.  <u>Any such

11 requests currently pending shall be removed from this Court's motion calendar until such time as the

12 parties properly move to certify a class.</u>

13     (4) The Clerk SHALL post a copy of this Order in C04-1478RSM, C04-1510RSM, C04-

14 1642RSM, and C04-1799RSM, and shall send a copy to all counsel of record in those cases.

15

16     DATED this __8__ day of October 2004.

17

18                                       /s/ Ricardo S. Martinez
                                       RICARDO S. MARTINEZ
19                                        United States District Judge

20

21

22

23

24

25 ORDER TO SHOW CAUSE
26 PAGE - 2